UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-6469-Hunt

UNITED STATES OF AMERICA,
        Plaintiff
vs.

Jonathan Markovich, et al.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the complaint be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED COMPLAINT be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 28th day of September, 2020.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel