UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-06469-HUNT

UNITED STATES OF AMERICA

vs.

RICHARD WASERSTEIN
_____/

**UNOPPOSED MOTION TO CORRECT BOND ORDER**

Pursuant to Fed. R. Crim. P. 36, Richard Waserstein, through counsel, files this unopposed motion to correct bond conditions, which were transcribed inconsistently with the Court's ruling at the bond hearing, and in support thereof states:

1.  Richard Waserstein was charged via criminal complaint with participating in a conspiracy to pay/receive kickbacks, conspiracy to commit money laundering, and substantive money laundering on September 25, 2020. [D.E. 1]. The argument is not set until February 10, 2021.

2.  After Mr. Waserstein's bond hearing on September 30, 2020, this Court entered a written order granting bond with the following special conditions:

    a.  $500,000.00 personal surety bond [D.E. 31];

    b.  $100,000.00 10% bond [D.E. 32];

    c.  No contact with co-defendants;

    d.  No selling, pledging, mortgaging, or otherwise encumbering any real property they own, until the bond is discharged.

3.  It is our understanding that at the hearing, however, the Court explained that the special condition as to no–contact with co-defendants would not preclude Mr.

Waserstein from communicating with his brothers-in-law, co-defendants Jonathan and Daniel Markovich, on the condition they refrain from discussing the instant case. Additionally, it is our understanding that at the hearing, this Court explained that the special condition as to selling or encumbering real property was limited to the property securing the bond: 1124 Kane Concourse, Bay Harbor Islands, Florida 33154.

4.   We have spoken with counsel for the Government, Jim Hayes, and he agrees that the Court permitted contact with his family members so long as they did not discuss the case and that only the property securing the bond was restricted. Accordingly, Mr. Hayes does not oppose Mr. Waserstein's request to correct his conditions of bond to reflect the Court's order as orally pronounced at the bond hearing.

WHEREFORE, Richard Waserstein respectfully requests that the Court grant this motion and that his conditions of bond be modified to allow him to communicate with co-defendants Jonathan and Daniel Markovich, on the condition they not discuss the case, and that he be permitted to sell or otherwise encumber real property, save for the 1124 Kane Concourse property.

        Respectfully submitted,

        MARKUS/MOSS PLLC
        40 N.W. Third Street
        Penthouse One
        Miami, Florida 33128
        Tel: (305) 379-6667
        Fax: (305) 379-6668
        markuslaw.com

        By:    <u>/s/ David Oscar Markus</u>
                 DAVID OSCAR MARKUS
                 Florida Bar Number 119318
                 dmarkus@markuslaw.com

                 and

                 <u>/s/ A. Margot Moss</u>
                 A. MARGOT MOSS
                 Florida Bar Number 091780
                 mmoss@markuslaw.com